# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| AMERICAN MUSHROOM COOPERATIVE, F/D/B/A EASTERN MUSHROOM MARKETING COOPERATIVE, INC, MONTEREY MUSHROOMS, INC., GIORGI MUSHROOM CO., GIORGIO FOODS, INC., JOHN PIA, BELLA MUSHROOM FARMS, BROWNSTONE MUSHROOM FARMERS, INC., TO-JO FRESH MUSHROOMS, COUNTRY FRESH MUSHROOM CO., KAOLIN MUSHROOM FARMS, INC., MODERN MUSHROOM FARMS, INC., PHILLIPS MUSHROOM FARMS, INC., LOUIS M. MARSON, JR., INC., GALE FERANTO T/A BELLA MUSHROOM FARMS AND PETE FERANTO T/A BELLA MUSHROOM FARMS | : : : : : : : : : : : : : : : : : | No. 224 EAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : | |
| SAUL EWING ARNSTEIN & LEHR, LLP, F/K/A SAUL EWING AND BERGER MONTAGUE, P.C. | : : : : : | |
| PETITION OF: GIORGI MUSHROOM COMPANY AND GIORGIO FOODS, INC. | : : | |
| AMERICAN MUSHROOM COOPERATIVE, F/D/B/A EASTERN MUSHROOM MARKETING COOPERATIVE, INC, MONTEREY MUSHROOMS, INC., GIORGI MUSHROOM CO., GIORGIO FOODS, INC., JOHN PIA, BELLA MUSHROOM FARMS, BROWNSTONE MUSHROOM FARMERS, INC., TO-JO FRESH MUSHROOMS, COUNTRY FRESH MUSHROOM CO., KAOLIN MUSHROOM FARMS, INC., MODERN MUSHROOM FARMS, INC., PHILLIPS MUSHROOM FARMS, INC., LOUIS M. MARSON, JR., INC., GALE | : : : : : : : : : : : : : : | No. 225 EAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

FERANTO T/A BELLA MUSHROOM
FARMS AND PETE FERANTO T/A BELLA
MUSHROOM FARMS

 

              v.

 

SAUL EWING ARNSTEIN & LEHR, LLP,
F/K/A SAUL EWING AND BERGER
MONTAGUE, P.C.

 

PETITION OF:  AMERICAN MUSHROOM
COOPERATIVE, F/D/B/A EASTERN
MUSHROOM MARKETING
COOPERATIVE, INC, MONTEREY
MUSHROOMS, INC., JOHN PIA,  BELLA
MUSHROOM FARMS, BROWNSTONE
MUSHROOM FARMERS, INC., TO-JO
FRESH MUSHROOMS, COUNTRY FRESH
MUSHROOM CO., KAOLIN MUSHROOM
FARMS, INC., MODERN MUSHROOM
FARMS, INC., PHILLIPS MUSHROOM
FARMS, INC., LOUIS M. MARSON, JR.,
INC., GALE FERANTO T/A BELLA
MUSHROOM FARMS AND PETE
FERANTO T/A BELLA MUSHROOM
FARMS

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of January, 2024, the Petition for Allowance of Appeal is

**DENIED**.

      Justice McCaffery did not participate in the consideration or decision of this matter.